STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

FILED

May 06 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>GARY ANDERSON,<br><br>   Defendant. | CASE NO. 4:14-CR-00389 YGR<br><br>DETENTION ORDER (AS MODIFIED) |

On June 4, 2015, the defendant, Gary Anderson, was sentenced to 63 months' imprisonment and 3 years' supervised release, for a conviction of Conspiracy and Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C).

On April 29, 2022, a Form 12 petition was filed charging the defendant with violating the terms of his Supervised Release. (Dkt. No. 220). Among other things, the Form 12 charges that the defendant, by his own admission, used a controlled substance, failed to participate in mental health treatment, did not enter a sober living environment, and lied to the assigned United States Probation Officer.

On May 6, 2022, the defendant appeared before the undersigned Magistrate Judge for an arraignment on the aforementioned Form 12 petition. The government moved for detention. The

defendant bears the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to the community if released pending his revocation hearing. *United States v. Loya,* 25 F.3d 1529, 1531 (9th Cir. 1994).

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, including the defendant's lack of sobriety and use of a vehicle, the Court finds that the defendant has not met his burden given the nature of the alleged supervised release charges. Accordingly, the Court orders that the defendant be detained at this time.

Pursuant to 18 U.S.C. § 3143, IT IS ORDERED THAT:

1. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

IT IS SO ORDERED AS MODIFIED.

DATED: May 6, 2022

HONORABLE DONNA M. RYU
United States Magistrate Judge